Sadie Yeates et al., Appellants, v. School Directors of District No. 38, County of Kankakee and State of Illinois, Appellees.

Gen. No. 9,531. (Abstract of Decision.)

Heard in this court at February term, 1940; opinion filed April 6, 1940. Eva L. Minor, for appellants; Charles W. Kurtz and H. H. Whittemore, for appellees. Opinion by JUSTICE HUFFMAN. "Not to be published in full."

William Lattin, Administrator of Estate of Howard Lattin, Deceased, Appellee, v. City of Zion, Appellant.

Gen. No. 9,508. (Abstract of Decision.)

Heard in this court at February term, 1940; opinion filed April 6, 1940; rehearing denied May 9, 1940. L. Eric Carey, for appellant; J. A. Miller, for appellee; Max Lidschin and Stephen J. Drury, of counsel. PER CURIAM. "Not to be published in full."